## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO. BK 10-80444** |
| LUND, MARK T | ) | |
| NIGRIN, CHRISANN M | ) | **CHAPTER 7** |
| | ) | |
| Debtors. | ) | |

## CLAIM OF ASSETS, REQUEST FOR CLAIMS BAR DATE
## AND CERTIFICATE OF SERVICE

COMES NOW Richard D. Myers, Trustee herein, and claims the following assets for administration in this case:

> Debtors' property known as 6111-6113 Maple Street, Omaha, NE 68104 with a legal description of W 1/2 of Lot 3 and E 1/2 Lot 4, Blk 3, Halcyon Heights, an addition to the City of Omaha

Trustee also requests that the Court establish a claims bar date in this case.

Dated this 6th day of April  2010.

Richard D. Myers, Chapter 7 Trustee

By: /s/ Richard D. Myers
    Richard D. Myers, #13000
    MCGILL, GOTSDINER,
    WORKMAN & LEPP, P.C., L.L.O.
    11404 West Dodge Road, Suite 500
    Omaha, NE  68154-2584
    (402) 492-9200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served electronically by filing in the Court's CM/ECF system this 6th day of April 2010.

/s/Diane M. Wilson
Assistant to Richard D. Myers, Trustee

#CLAIMASSET.DOC