IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: ) CASE NO. BK 10-0585
LUND, MARK T. )
NIGRIN, CHRISANN M. ) CHAPTER 7
)
Debtors. )

## AFFIDAVIT OF PROPOSED REAL ESTATE AGENT

STATE OF NEBRASKA )
                   ss.
COUNTY OF DOUGLAS )

Sandy Turner, being first duly sworn, deposes and says:

1. I am a real estate sales person with CBSHome Real Estate located at 12112 Pacific Street, Omaha, NE 68154, and I do business in Omaha, Nebraska.

2. Neither I, nor CBSHome Real Estate represent an adverse interest to the debtor, trustee, or the estate in the matters upon which I am to be engaged.

_____
Sandy Turner

SUBSCRIBED and SWORN to before me this ___1___ day of April, 2010.

GENERAL NOTARY - State of Nebraska
DANISE M. WYLIE
My Comm. Exp. June 23, 2012

_____
Notary Public

#337204_1.DOC