ntcflclm (12/06)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

Mark T Lund
3107 N. 58th Street
Omaha, NE 68104

Chrisann M Nigrin
3107 N. 58th Street
Omaha, NE 68104

Bankruptcy Proceeding No. 10–80444–TLS
Chapter 7

Debtor(s)

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

NOTICE IS HEREBY GIVEN THAT:

The initial notice is this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before

# DATE:   July 7, 2010

Creditors who do not file a proof of claim on or before this date may not be permitted to share in any distribution from the estate.

**A proof of claim form is enclosed.** It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Dated:  4/6/10

Diane Zech
Clerk, U.S. Bankruptcy Court

TRUSTEE:
Richard D. Myers
Chapter 7 Trustee
11404 West Dodge Road
Suite 500
Omaha, NE 68154

Copies mailed by the court to all parties in interest as required by rule or statute.