# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 10-80444 |
| LUND, MARK T | ) | |
| NIGRIN, CHRISANN M | ) | CHAPTER 7 |
| | ) | |
| **Debtors.** | ) | |

## AMENDED CLAIM OF ASSETS
## AND CERTIFICATE OF SERVICE

COMES NOW Richard D. Myers, Trustee herein, and claims the following assets for administration in this case:

> Debtors' property known as 6111-6113 Maple Street, Omaha, NE 68104 with a legal description of W 1/2 of Lot 3 and E 1/2 Lot 4, Blk 3, Halcyon Heights, an addition to the City of Omaha, all of Debtors' tax refunds for periods prior to 2010, Debtors' interest in World Herald stock and Debtors' vacant lot in New Mexico.

Trustee abandons the remaining scheduled assets as burdensome or of no value to the estate.

Dated this 20th day of May 2010.

          Richard D. Myers, Chapter 7 Trustee

          By: /s/ Richard D. Myers
          Richard D. Myers, #13000
          MCGILL, GOTSDINER,
          WORKMAN & LEPP, P.C., L.L.O.
          11404 West Dodge Road, Suite 500
          Omaha, NE 68154-2584
          (402) 492-9200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served electronically by filing in the Court's CM/ECF system this 20th day of May 2010.

          /s/Diane M. Wilson
          Assistant to Richard D. Myers, Trustee