IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | CASE NO. BK 10-80444 |
| | ) | |
| LUND, MARK T. and | ) | Chapter 7 |
| NIGRIN, CHRISANN M., | ) | |
| | ) | |
| Debtors. | ) | |

## APPLICATION TO RETAIN AUCTIONEERS AND CERTIFICATE OF SERVICE

TO: THE BANKRUPTCY JUDGES FOR THE DISTRICT OF NEBRASKA

The application of Richard D. Myers respectfully represents:

1. Your applicant is the Trustee of the estate of the above-named debtor having been duly appointed and qualified, and he is now acting as such Trustee.

2. Applicant wishes to employ Tom Zoucha and the professional services of P.J. Morgan Real Estate ("P.J. Morgan"), 7801 Wakeley Plaza, Omaha, NE 68114.

3. The applicant has selected P,J, Morgan for the reason that they have considerable experience in matters of this nature, and the applicant believes that the company of PJ Morgan is well-qualified to engage in the activities for which the company is to be retained in this proceeding.

4. The professional services P.J. Morgan are to perform includes the sale of Debtors' real estate located at 6111-6113 Maple Street, Omaha, NE 68104 with a legal description of Halcyon Heights Lot 4, Block 3 E½ and Halcyon Heights Lot 3 Block 3 W½, Additions to the City of Omaha, as surveyed, platted and recorded in Douglas County, Nebraska, to be sold by public auction commencing on April 12, 2011 beginning at 10:00 a.m. using the professional services of P.J. Morgan to be compensated by a Buyer Premium of 7% of gross proceeds for commission, plus no more than $1,500.00 for advertising costs.

5. To the best of the applicant's knowledge, Mr. Zoucha and P.J. Morgan have no connection with the debtor, the creditors or any other party in interest except as disclosed in the

#371851_1.DOC

accompanying affidavit, and represent no interest adverse to the Trustee of the estate in the matters upon which it or they are engaged, and their employment would be in the best interest of this estate.

**WHEREFORE**, your applicant prays that he be authorized to employ and appoint the said Tom Zoucha and P.J. Morgan Real Estate as his auctioneers as set forth above, and that he have such other and further relief as is just.

Date: March 10, 2011.

/s/ Richard D. Myers
RICHARD D. MYERS, #13000, Trustee
MCGILL, GOTSDINER,
WORKMAN & LEPP, P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE  68154-2584
(402) 492-9200
rdm@mgwl.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing APPLICATION TO RETAIN AUCTIONEER AND THE AFFIDAVIT OF PROPOSED AUCTIONEER was served by filing the same in the Court's CMF/ECF system this 10th day of March, 2011.

/s/ Diane M. Wilson
Diane M. Wilson
Assistant to Richard D. Myers

#371851_1.DOC