IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | CASE NO. BK 10-80444 |
| | ) | |
| LUND, MARK T. and, | ) | Chapter 7 |
| NIGRIN, CHRISANN M., | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF PUBLIC SALE BY AUCTION, NOTICE OF OBJECTION BAR DATE and PROOF OF SERVICE

TO: ALL CREDITORS AND PARTIES IN INTEREST.

Please take notice that Richard D. Myers, as trustee of the above referenced bankruptcy case, ("Trustee"), proposes to take the following action.

The Trustee proposes to sell the Debtors' real estate located at 6111-6113 Maple Street, Omaha, NE 68104 by public auction commencing on April 12, 2011 beginning at 10:00 a.m., using the professional services of P.J. Morgan Real Estate to be compensated by a Buyer Premium of 7% of the gross proceeds, plus advertising costs of no more than $1,500.00.

Take notice that objections to said sale, in accordance with Bankruptcy Rule 6004(b), must be filed with the Court and served upon the undersigned **on or before April 2, 2011.**

Trustee proposes the sale to be free of liens and encumbrances with valid liens attaching to the net proceeds.

Objections or resistances must be filed with the United States Bankruptcy Court before the last objection/resistance date as set forth above. Such objection or resistance shall set forth the specific factual and legal basis for the objection/resistance and conclude with a particular request for relief. If an objection/resistance is filed without the specific factual and legal basis included, the matter will be submitted to the Judge without hearing.

If the objection period expires without the filing of any objection/resistance, the court will consider entering an order granting relief by the undersigned sought, without further hearing.

If an objection or resistance is properly and timely filed, the court will set the matter for a hearing in the courtroom or by telephone.

#374174_1.DOC

The proposed sale will be consummated in the absence of timely objection, or in the event such timely objection is made, at any time after such objection may be disposed of favorable to the Seller.

Dated this 10th day of March, 2011.

                RICHARD D. MYERS, TRUSTEE

                By:  /s/ Richard D. Myers
                    Richard D. Myers, #13000
                    McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
                    11404 West Dodge Road, Ste. 500
                    Omaha, Nebraska 68154-2584
                    (402) 492-9200
                    rdm@mgwl.com

## PROOF OF SERVICE

I hereby certify that on the 10th day of March, 2011, I caused filing of the foregoing Trustee's Notice of Public Sale with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed by United States Postal Service, postage prepaid, the document to the non-CM/ECF participants named on the current matrix and to Tom Zoucha, P.J. Morgan Real Estate, 7801 Wakeley Plaza, Omaha, NE 68114.

                /s/ Diane M. Wilson
                Assistant to Richard D. Myers

#374174_1.DOC