IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | CASE NO. BK 10-80444 |
| | ) | |
| LUND, MARK T. and | ) | Chapter 7 |
| NIGRIN, CHRISANN, M., | ) | |
| | ) | |
| Debtors. | ) | |

### TRUSTEE'S REPORT OF SALE

COMES NOW Richard D. Myers, Trustee herein, and reports the sale of 6111 & 6113 Maple Street, Omaha, NE 68104 by public auction pursuant to the attached settlement statement. The net proceeds of $94,360.75 were deposited in the estate's bank accounts maintained by the Trustee.

Dated this 2nd day of May, 2011.

RICHARD D. MYERS, Trustee

By: s/Richard D. Myers
　　Richard D. Myers, #13000
　　McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
　　First National Plaza, Suite 500
　　11404 West Dodge Road
　　Omaha, Nebraska 68154-2584
　　(402) 492-9200
　　Fax (402) 492-9222
　　rdm@mgwl.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the United States Trustee, Department of Justice, 111 South 18th Plaza, Suite 1148, Omaha, NE 68102 and Attorney for the Debtors electronically by filing the same in the Court's ECF system, on this 2nd day of May, 2011.

　　　　　　　　/s/ Diane M. Wilson
　　　　　　　　Diane M. Wilson
　　　　　　　　Assistant to Richard D. Myers

#376522_1.DOC



**First American Title Insurance Company**
*National Commercial Services*
13924 Gold Circle • Omaha, NE 68144

*Seller's Final Settlement Statement*

| | | | |
|---|---|---|---|
| **Property:** | 6111 & 6113 Maple Street, Omaha, NE 68104 | **File No:** | NCS-480754-OMHA |
| | Lot: W1/2 3 & E1/2 4 | **Officer:** | James Odonnell/jro |
| | | **New Loan No:** | |
| | | **Settlement Date:** | 04/29/2011 |
| | | **Disbursement Date:** | 04/29/2011 |
| | | **Print Date:** | 04/27/2011, 11:30 AM |
| **Buyer:** | Vincent P. Egan | | |
| **Address:** | 6111 Maple Street, Omaha, NE 68104 | | |
| **Seller:** | Richard D. Myers, Trustee in Bankrupcy | | |
| **Address:** | 11404 West Dodge Road, Suite 500, Omaha, NE 68154 | | |

| Charge Description | Seller Charge | Seller Credit |
|---|---|---|
| **Consideration:** | | |
| Total Consideration | | 107,000.00 |
| **Prorations:** | | |
| County Tax 04/29/11 to 07/01/11 @$2412.06/yr | | 416.33 |
| County Tax 04/29/11 to 07/01/11 @$1263.76/yr | | 218.13 |
| **Commission:** | | |
| Commission Paid at Settlement to PJ Morgan Real Estate | 7,000.00 | |
| **Title/Escrow Charges to:** | | |
| Policy-Standard ALTA 2006 Owner's to First American Title Insurance Company National Commercial Services | 184.50 | |
| Closing-Escrow Fee to First American Title Insurance Company National Commercial Services | 250.00 | |
| Endorsement - Closing Protection to First American Title Insurance Company National Commercial Services | 12.50 | |
| **Disbursements Paid:** | | |
| 2009 & First Half 2010 taxes 2468 0000 12 to Treasurer | 3,887.52 | |
| 2009 & First Half 2010 taxes 2469 0000 12 to Treasurer | 2,039.19 | |
| Cash (X To) ( From) Seller | 94,260.75 | |
| **Totals** | 107,634.46 | 107,634.46 |

SELLER(S):

Richard D. Myers, Trustee in Bankrupcy

_____
Richard D. Myers, Trustee