UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In re:                                  §
                                        §
                                        §
LUND, MARK T                            §    Case No. 10-80444
NIGRIN, CHRISANN M                      §
                                        §
                                        §
              Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/19/2010 . The undersigned trustee was appointed on 02/19/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 151,281.76 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 10,532.87 |
| Other payments to creditors | | 10,598.07 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 130,150.82 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/07/2010 and the deadline for filing governmental claims was 07/07/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**. (See Addendum)

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,814.09 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,814.09 , for a total compensation of $ 10,814.09 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 334.76 , for total expenses of $ 334.76 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/17/2011       By:/s/RICHARD D. MYERS
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-80444 TLS Judge: Thomas L. Saladino | Trustee Name: | RICHARD D. MYERS |
|---|---|---|---|
| Case Name: | LUND, MARK T | Date Filed (f) or Converted (c): | 02/19/10 (f) |
| | NIGRIN, CHRISANN M | 341(a) Meeting Date: | 03/25/10 |
| For Period Ending: | 08/17/11 | Claims Bar Date: | 07/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTORS' PERSONAL RESIDENCE 3107 N. 58TH STREET OM | 102,100.00 | 0.00 | OA | 0.00 | FA |
| 2. BUSINESS PROPERTY 6111-6113 MAPLE STREET OMAHA, NE | 350,000.00 | 0.00 | | 107,000.00 | FA |
| Trustee challenged second lien as preference, reached settlement for reduced amount of lien. | | | | | |
| 3. VACANT LOT LEGAL: TOWNSHIP 2 SOUTH, RANGE 3 WEST, | 6,847.00 | 0.00 | | 4,060.06 | FA |
| 4. VACANT LOT 2808 N. 41ST STREET, OMAHA, DOUGLAS COU | 300.00 | 0.00 | OA | 0.00 | FA |
| burdensome | | | | | |
| 5. CASH ON HAND AS OF 02/19/10 | 94.00 | 0.00 | OA | 0.00 | FA |
| 6. INDIVIDUAL CHECKING ACCOUNT 6629 SECURITY NATIONAL | 19.36 | 0.00 | OA | 0.00 | FA |
| 7. INDIVIDUAL CHECKING ACCOUNT 2003 WELLS FARGO BANK | 12.22 | 0.00 | OA | 0.00 | FA |
| 8. INDIVIDUAL SAVINGS ACCOUNT 3412 OMAHA FEDERAL CRED | 58.32 | 0.00 | OA | 0.00 | FA |
| 9. ALL HOUSEHOLD GOODS, FURNISHINGS AND ELECTRONICS L | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10. ALL BOOKS, PICTURES, ARTWORK, CDS, DVDS, COLLECTIB | 200.00 | 0.00 | OA | 0.00 | FA |
| 11. ALL CLOTHING LOCATION: 3107 N. 58TH STREET, OMAHA | 100.00 | 0.00 | OA | 0.00 | FA |
| 12. MISCELLANEOUS COSTUME JEWELRY LOCATION: 3107 N. 58 | 50.00 | 0.00 | OA | 0.00 | FA |
| 13. WEDDING RINGS: REPLACEMENT COSTS ESTIMATED AT $1,2 | 600.00 | 0.00 | OA | 0.00 | FA |
| 14. BICYCLES AND CAMERAS LOCATION: 3107 N. 58TH STREET | 150.00 | 0.00 | OA | 0.00 | FA |
| 15. TERM LIFE INSURANCE POLICIES THROUGH WIFE'S EMPLOY | 0.00 | 0.00 | OA | 0.00 | FA |
| 16. 401(K) THROUGH EMPLOYMENT WITH OMAHA WORLD-HERALD | 94,458.96 | 0.00 | OA | 0.00 | FA |
| 17. 50 SHARES OF STOCK IN OMAHA WORLD-HERALD PURCHASED | 3,717.00 | 0.00 | OA | 0.00 | FA |
| 18. FUTURE INTEREST IN 30 SHARES OF OMAHA WORLD-HERALD | 1,405.03 | 0.00 | | 0.00 | FA |
| 19. MIA'S BONGO ROOM INC. NEBRASKA DOMESTIC CORPORATIO | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. DEBTORS STATE THAT THEY ANTICIPATE RECEIVING TAX R | 31,322.00 | 0.00 | | 31,322.00 | FA |
| 09 fed 4701, 08 fed 6975, 07 fed 10779; 09 ne 2918, 08 NE 2798, 07 ne 3151 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

Case No: 10-80444  TLS  Judge: Thomas L. Saladino
Case Name: LUND, MARK T
NIGRIN, CHRISANN M

Trustee Name: RICHARD D. MYERS
Date Filed (f) or Converted (c): 02/19/10 (f)
341(a) Meeting Date: 03/25/10
Claims Bar Date: 07/07/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. 1995 PONTIAC GRAND AM SE VIN 1G2NE55D8SC747545 VAL | 660.00 | 0.00 | OA | 0.00 | FA |
| 22. 1937 CHEVROLET PICK-UP VIN K941646 FAIR CONDITION, | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 23. MISCELLANEOUS BEADS AND RELATED MATERIALS FOR ASSE | 95.00 | 0.00 | OA | 0.00 | FA |
| 24. CAT AND GOLD FISH. FAMILY PETS WITH NO MARKET VALU | 0.00 | 0.00 | OA | 0.00 | FA |
| 25. unscheduled 2006 state tax refund (u) | 0.00 | 8,626.00 | | 8,885.85 | FA |
| 26. unscheduled 2006 federal tax refund (u) facts reveal no right to such a refund | 0.00 | Unknown | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 13.85 | Unknown |

TOTALS (Excluding Unknown Values)  $594,388.89    $8,626.00    $151,281.76

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

requested final report 5/24

Initial Projected Date of Final Report (TFR): 12/15/11    Current Projected Date of Final Report (TFR): 12/15/11

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-80444 -TLS | Trustee Name: | RICHARD D. MYERS |
|---|---|---|---|
| Case Name: | LUND, MARK T | Bank Name: | Union Bank |
|  | NIGRIN, CHRISANN M | Account Number / CD #: | *******9125 Checking Account |
| Taxpayer ID No: | *******4247 |  |  |
| For Period Ending: | 08/17/11 | Blanket Bond (per case limit): | $ 38,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/17/10 | 20 | NEBRASKA DEPT OF REVENUE<br>P O BOX 94818<br>LINCOLN, NE 68509-4818 | 09 state refund | 1124-000 | 2,918.00 |  | 2,918.00 |
| 06/17/10 | 20 | NEBRASKA DEPT OF REVENUE<br>P O BOX 94818<br>LINCOLN, NE 68509-4818 | 2007 Ne refund | 1124-000 | 3,151.00 |  | 6,069.00 |
| 06/17/10 | 001001 | NEBRASKA DEPT OF REVENUE<br>P O BOX 94818<br>LINCOLN, NE 68509-4818 | lien claim | 4800-000 |  | 4,858.82 | 1,210.18 |
| 07/22/10 |  | Transfer to Acct #*******9133 | Bank Funds Transfer | 9999-000 |  | 9.00 | 1,201.18 |
| 07/22/10 |  | Transfer to Acct #*******9133 | Bank Funds Transfer | 9999-000 |  | 1,184.18 | 17.00 |
| 07/26/10 | 001002 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139<br><br>Bond #016027588 | Bond 016027588 | 2300-000 |  | 17.00 | 0.00 |
| 07/27/10 |  | Transfer from Acct #*******9133 | Bank Funds Transfer | 9999-000 | 2,185.00 |  | 2,185.00 |
| 07/27/10 | 001003 | C & M Remodeling, LLC<br>29582 190th St.<br>Honey Creek, Iowa 51542 | payment of cleaning bill and late fee re building | 2990-000 |  | 2,185.00 | 0.00 |
| 08/10/10 |  | Transfer from Acct #*******9133 | Bank Funds Transfer | 9999-000 | 6.73 |  | 6.73 |
| 08/10/10 | 001004 | NP Dodge Inusrance<br>c/0 John Bush<br>12002 Pacific Street<br>Omaha, NE 68154 | Crime Bond #RPS599703 | 2300-000 |  | 6.73 | 0.00 |
| 08/05/11 |  | Transfer from Acct #*******9133 | Transfer In From MMA Account | 9999-000 | 37,214.21 |  | 37,214.21 |
| 08/05/11 | 001005 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139<br><br>Bond #016027588 |  | 2300-000 |  | 108.00 | 37,106.21 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-80444 -TLS | Trustee Name: | RICHARD D. MYERS |
|---|---|---|---|
| Case Name: | LUND, MARK T | Bank Name: | Union Bank |
| | NIGRIN, CHRISANN M | Account Number / CD #: | *******9133 Money Market Account |
| Taxpayer ID No: | *******4247 | | |
| For Period Ending: | 08/17/11 | Blanket Bond (per case limit): | $ 38,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/10 | 20 | United States Treasury<br>Internal Revenue Service Center<br>Ogden, Utah 84201-0148 | 2008 fed refund | 1124-000 | 6,975.00 | | 6,975.00 |
| 06/22/10 | 20 | United States Treasury<br>Internal Revenue Service Center<br>Ogden, Utah 84201-0148 | 2009 federal refund | 1124-000 | 4,701.00 | | 11,676.00 |
| 06/22/10 | 20 | United States Treasury<br>Internal Revenue Service Center<br>Ogden, Utah 84201-0148 | 2007 federal refund | 1124-000 | 10,779.00 | | 22,455.00 |
| 06/22/10 | 20 | Nebraska Dept of Revenue | 2008 tax refund | 1124-000 | 2,798.00 | | 25,253.00 |
| 06/25/10 | 25 | Security National Bank of Omaha | debtor payment to estate | 1224-000 | 3,500.00 | | 28,753.00 |
| 06/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 0.43 | | 28,753.43 |
| 07/01/10 | 3 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | installment from debtor | 1129-000 | 507.52 | | 29,260.95 |
| 07/12/10 | 25 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | installment | 1224-000 | 489.62 | | 29,750.57 |
| 07/22/10 | | Transfer from Acct #*******9125 | Bank Funds Transfer | 9999-000 | 9.00 | | 29,759.57 |
| 07/22/10 | | Transfer from Acct #*******9125 | Bank Funds Transfer | 9999-000 | 1,184.18 | | 30,943.75 |
| 07/26/10 | 3 | Chrisann Nigrin<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | 507.52installment from debtor | 1110-000 | 507.52 | | 31,451.27 |
| 07/27/10 | | Transfer to Acct #*******9125 | Bank Funds Transfer | 9999-000 | | 2,185.00 | 29,266.27 |
| 07/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 2.55 | | 29,268.82 |
| 08/10/10 | | Transfer to Acct #*******9125 | Bank Funds Transfer | 9999-000 | | 6.73 | 29,262.09 |
| 08/17/10 | 25 | chris nigrin | debtor payment to estate | 1224-000 | 489.62 | | 29,751.71 |
| 08/30/10 | 3 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | 507.52installment from debtor | 1129-000 | 507.52 | | 30,259.23 |
| 08/31/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 2.57 | | 30,261.80 |
| 09/13/10 | 25 | Chris Nigrin | debtor payment to estate | 1224-000 | 489.62 | | 30,751.42 |
| 09/27/10 | 3 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | installment | 1129-000 | 507.52 | | 31,258.94 |
| 09/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 2.49 | | 31,261.43 |
| 10/13/10 | 25 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | debtor payment to estate | 1224-000 | 489.62 | | 31,751.05 |
| 10/29/10 | 3 | Chrisann Nigrin | 507.52installment from debtor | 1129-000 | 507.52 | | 32,258.57 |
| 10/29/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 2.50 | | 32,261.07 |
| 11/16/10 | 25 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | debtor payment to estate | 1224-000 | 489.62 | | 32,750.69 |
| 11/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 1.49 | | 32,752.18 |
| 12/01/10 | 3 | MARK T LUND<br>3107 N. 58TH STREET | 507.52installment from debtor | 1129-000 | 507.52 | | 33,259.70 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 10-80444 -TLS | Trustee Name: | RICHARD D. MYERS |
|---|---|---|---|
| Case Name: | LUND, MARK T | Bank Name: | Union Bank |
| | NIGRIN, CHRISANN M | Account Number / CD #: | *******9133  Money Market Account |
| Taxpayer ID No: | *******4247 | | |
| For Period Ending: | 08/17/11 | Blanket Bond (per case limit): | $ 38,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | OMAHA, NE 68104 | | | | | |
| 12/14/10 | 25 | Chrisann Nigrin | debtor payment to estate | 1224-000 | 489.62 | | 33,749.32 |
| 12/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 1.41 | | 33,750.73 |
| 01/06/11 | 3 | Chris Nygrin | 507.52installment from debtor | 1110-000 | 507.52 | | 34,258.25 |
| 01/20/11 | 25 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | debtor payment to estate | 1224-000 | 489.62 | | 34,747.87 |
| 01/31/11 | 3 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | 507.52installment from debtor | 1110-000 | 507.42 | | 35,255.29 |
| 01/31/11 | INT | Union Bank | Interest Rate 0.000 | 1270-000 | 0.41 | | 35,255.70 |
| 03/02/11 | 25 | Chris Nigrin | debtor payment to estate | 1224-000 | 489.62 | | 35,745.32 |
| 03/14/11 | 25 | Chris Nygrin | debtor payment to estate | 1224-000 | 489.62 | | 36,234.94 |
| 04/18/11 | 25 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | debtor payment to estate | 1224-000 | 489.62 | | 36,724.56 |
| 05/16/11 | 25 | MARK T LUND<br>3107 N. 58TH STREET<br>OMAHA, NE 68104 | debtor payment to estate | 1224-000 | 489.65 | | 37,214.21 |
| 08/05/11 | | Transfer to Acct #*******9125 | Final Posting Transfer | 9999-000 | | 37,214.21 | 0.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 10-80444 -TLS | Trustee Name: | RICHARD D. MYERS |
|---|---|---|---|
| Case Name: | LUND, MARK T | Bank Name: | Union Bank |
|  | NIGRIN, CHRISANN M | Account Number / CD #: | *******0048 Segregated real estate proceeds |
| Taxpayer ID No: | *******4247 |  |  |
| For Period Ending: | 08/17/11 | Blanket Bond (per case limit): | $ 38,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/02/11 | 2 | First American Title Insurance Company | net real esate proceeds |  | 94,260.75 |  | 94,260.75 |
|  |  |  | Memo Amount:       107,000.00 | 1110-000 |  |  |  |
|  |  |  | gross real estate auction amount |  |  |  |  |
|  |  | P.J. MORGAN | Memo Amount:     (    7,000.00 ) | 3510-000 |  |  |  |
|  |  |  | real estate commission |  |  |  |  |
|  |  | FIRST AMERICAN TITLE INS CO. | Memo Amount:     (    5,739.25 ) | 4700-000 |  |  |  |
|  |  |  | real estate taxes, closing charges |  |  |  |  |
| 05/04/11 | 001001 | P.J. Morgan Real Estate | advertising 6111 Maple St. auction | 3620-000 |  | 1,216.14 | 93,044.61 |
|  |  | 7801 Wakely Plaza |  |  |  |  |  |
|  |  | Omaha, NE 68114 |  |  |  |  |  |

Total Of All Accounts    130,150.82

## EXHIBIT A
### ANALYSIS OF CLAIMS REGISTER

Case Number: 10-80444  
Debtor Name: LUND, MARK T  

Page 1  
Claim Class Sequence  

Date: August 17, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 001 3310-00 | Frankel Zacharia LLC<br>Suite 700<br>11404 W. Dodge St.<br>Omaha, NE 68154-2576 | Administrative | | $1,527.60 | $0.00 | $1,527.60 |
| MGWL1 001 3110-00 | McGill, Gotsdiner, Workman & Lepp,<br>11404 West Dodge Road, Suite 500<br>Omaha, NE 68154 | Administrative | | $332.50 | $0.00 | $332.50 |
| MGWL2 001 3120-00 | McGill, Gotsdiner, Workman & Lepp,<br>11404 West Dodge Road, Suite 500<br>Omaha, NE 68154 | Administrative | | $111.85 | $0.00 | $111.85 |
| 000002 058 5800-00 | Nebraska Department of Revenue<br>Attention: Bankruptcy Unit<br>P.O. Box 94818<br>Lincoln, NE 68509-4818 | Priority | | $0.00 | $0.00 | $0.00 |
| 000018 058 5800-00 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Priority | | $11,023.15 | $0.00 | $11,023.15 |
| 000001 070 7100-00 | Great Southern Bank<br>1902 Harlan Drive<br>Bellevue, NE 68005 | Unsecured | | $133,399.48 | $0.00 | $133,399.48 |
| 000003 070 7100-00 | Schaefer Electric, Inc.<br>2927 N. 84th Street<br>Omaha, NE 68134 | Unsecured | | $8,230.52 | $0.00 | $8,230.52 |
| 000004 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $17,064.80 | $0.00 | $17,064.80 |
| 000005 070 7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $33,020.34 | $0.00 | $33,020.34 |
| 000006 070 7100-00 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - Lowe's Consu<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $1,661.96 | $0.00 | $1,661.96 |
| 000007 070 7100-00 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - Lowes in Sto<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $6,706.99 | $0.00 | $6,706.99 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-80444 | | Page 2 | | Date: August 17, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | LUND, MARK T | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $33,112.50 | $0.00 | $33,112.50 |
| 000009 070 7100-00 | Sysco Lincoln c/o Dennis P. Lee, Attorney PO Box 45947 Omaha, NE 68145-0947 | Unsecured | | $2,618.37 | $0.00 | $2,618.37 |
| 000011 070 7100-00 | Daniel L. Johnson, Attorney Seville Square II 14710 W. Dodge Road, Ste. 205 Omaha, NE 68154 | Unsecured | | $6,827.27 | $0.00 | $6,827.27 |
| 000012 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $359.14 | $0.00 | $359.14 |
| 000013 070 7100-00 | Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | $1,641.45 | $0.00 | $1,641.45 |
| 000014 070 7100-00 | American Infosource Lp As Agent for World Financial Network National Bank As Victoria's Secret PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | | $155.96 | $0.00 | $155.96 |
| 000015 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $11,506.05 | $0.00 | $11,506.05 |
| 000016B 070 7100-00 | Delores J. Lund c/o Richard Drews 2120 S 72nd St. #640 Omaha, NE 68124 | Unsecured | | $110,000.00 | $0.00 | $110,000.00 |
| 000017 070 7100-00 | Greater Omaha Refrigeration 3313 North 88th Plaza Omaha, NE 68134 | Unsecured | | $1,274.50 | $0.00 | $1,274.50 |
| 000010 050 4700-00 | Douglas County Treasurer 909 Civic Center 1819 Farnam Street Omaha, NE 68183-0003 | Secured | | $0.00 | $0.00 | $0.00 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-80444 | | Page 3 | | Date: August 17, 2011 | |
|---|---|---|---|---|---|---|
| Debtor Name: | LUND, MARK T | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000016A 050 4110-00 | Delores J. Lund c/o Richard Drews 2120 S 72nd St. #640 Omaha, NE 68124 | Secured | | $40,000.00 | $0.00 | $40,000.00 |
| | Case Totals: | | | $420,574.43 | $0.00 | $420,574.43 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## MARK T. LUND AND CHRISANN M. NIGRIN
### BK10-80444

### ADDENDUM TO EXHIBIT "D"
### OF TRUSTEE'S FINAL REPORT

Trustee is proposing to make payment to the second lienholder, Delores J. Lund, but not the first lienholder with regard to Mia's Bongo Room real estate. Trustee and second lienholder reached agreement to a reduced amount of such claim being allowed. First lienholder apparently released its lien and is not secured on the real estate.

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-80444
Case Name: LUND, MARK T
                NIGRIN, CHRISANN M
Trustee Name: RICHARD D. MYERS

        Balance on hand                                                         $            130,150.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | Douglas County Treasurer | $ 3,641.42 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000016A | Delores J. Lund | $ 150,000.00 | $ 40,000.00 | $ 0.00 | $ 40,000.00 |

        Total to be paid to secured creditors                         $            40,000.00
        Remaining Balance                                                  $            90,150.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RICHARD D. MYERS | $ 10,814.09 | $ 0.00 | $ 10,814.09 |
| Trustee Expenses: RICHARD D. MYERS | $ 334.76 | $ 0.00 | $ 334.76 |
| Attorney for Trustee Fees: McGill, Gotsdiner, Workman & Lepp, | $ 332.50 | $ 0.00 | $ 332.50 |
| Accountant for Trustee Fees: Frankel Zacharia LLC | $ 1,527.60 | $ 0.00 | $ 1,527.60 |
| Other: McGill, Gotsdiner, Workman & Lepp, | $ 111.85 | $ 0.00 | $ 111.85 |

        Total to be paid for chapter 7 administrative expenses          $            13,120.80
        Remaining Balance                                                   $            77,030.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,023.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Nebraska Department of Revenue | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018 | Internal Revenue Service | $ 11,023.15 | $ 0.00 | $ 11,023.15 |

Total to be paid to priority creditors     $     11,023.15

Remaining Balance     $     66,006.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 367,579.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Great Southern Bank | $ 133,399.48 | $ 0.00 | $ 23,954.78 |
| 000003 | Schaefer Electric, Inc. | $ 8,230.52 | $ 0.00 | $ 1,477.97 |
| 000004 | Discover Bank | $ 17,064.80 | $ 0.00 | $ 3,064.36 |
| 000005 | Atlas Acquisitions LLC | $ 33,020.34 | $ 0.00 | $ 5,929.52 |

UST Form 101-7-TFR (10/1/2010) *(Page: 13)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Recovery Management Systems Corporation | $ 1,661.96 | $ 0.00 | $ 298.44 |
| 000007 | Recovery Management Systems Corporation | $ 6,706.99 | $ 0.00 | $ 1,204.39 |
| 000008 | Chase Bank USA, N.A. | $ 33,112.50 | $ 0.00 | $ 5,946.07 |
| 000009 | Sysco Lincoln | $ 2,618.37 | $ 0.00 | $ 470.18 |
| 000011 | Daniel L. Johnson, Attorney | $ 6,827.27 | $ 0.00 | $ 1,225.98 |
| 000012 | PYOD LLC its successors and assigns as assignee of | $ 359.14 | $ 0.00 | $ 64.49 |
| 000013 | Recovery Management Systems Corporation | $ 1,641.45 | $ 0.00 | $ 294.76 |
| 000014 | American Infosource Lp As Agent for | $ 155.96 | $ 0.00 | $ 28.01 |
| 000015 | Fia Card Services, NA/Bank of America | $ 11,506.05 | $ 0.00 | $ 2,066.16 |
| 000017 | Greater Omaha Refrigeration | $ 1,274.50 | $ 0.00 | $ 228.87 |
| 000016B | Delores J. Lund | $ 110,000.00 | $ 0.00 | $ 19,752.89 |

Total to be paid to timely general unsecured creditors     $     66,006.87

Remaining Balance                                          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 14)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE